IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3098 |
| vs. | |
| HEATHER BAYLESS, | ORDER |
| Defendant. | |

Upon notification that the defendant is awaiting results of a Covid-19 test,

IT IS ORDERED that sentencing is continued until further order of the court. Counsel for the defendant shall promptly notify my chambers when sentencing may proceed.

Dated this 21st day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge